# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**GLEN THROESCH**                                                        **PLAINTIFF**

**v.**                              **CASE NO. 3:25-CV-000250-BSM**

**SOCIAL SECURITY ADMINISTRATION**                        **DEFENDANT**
Commissioner

## ORDER

After a *de novo* review, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 12] is adopted.  The Commissioner's decision is affirmed and Glen Throesch's claims are dismissed with prejudice.

IT IS SO ORDERED this 18th day of June, 2026.


_____
UNITED STATES DISTRICT JUDGE