**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**GLEN THROESCH**                                               **PLAINTIFF**

**v.**                        **CASE NO. 3:25-CV-000250-BSM**

**SOCIAL SECURITY ADMINISTRATION**                   **DEFENDANT**
Commissioner

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 18th day of June, 2026.


                                        _____
                                        UNITED STATES DISTRICT JUDGE